NUMBER 13-05-014-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________
 
SYKORA CONSTRUCTION, INC.,                                        Appellant,

v.

JOHN CUDD,                                                                    Appellee.
_________________________________________________________

On appeal from County Court at Law No. 2 
of Nueces County, Texas.
________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, SYKORA CONSTRUCTION, INC., perfected an appeal from a
judgment entered by County Court at Law No. 2 of Nueces County, Texas, in cause
number 03-60313-2. After the notice of appeal was filed, the parties filed a joint
motion to dismiss the appeal. In the motion, the parties state that all claims asserted
and which could have been asserted in this lawsuit have been settled. The parties
request that this Court dismiss the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 24th day of March, 2005.